# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

June 26, 2020

<u>*Via* ECF</u>
Hon. Loretta A. Preska, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      **Re:**   **Plaintiffs Letter Requesting to Reschedule Telephone Conference**
              1:18-cv-04941-LAP, *Ye v. 2953 Broadway LLC, et al*

Your Honor,

    This office represents the Plaintiffs in the above-captioned matter. We write respectfully with the consent of Defendants to reschedule the telephone conference currently scheduled for July 7, 2020 at 2:00 p.m. to any of the following proposed dates and time. This is the first request made by the Plaintiff to adjourn the conference and granting such request will not prejudice any party.

    On June 26, 2020, Your Honor ordered Parties' to appear for a telephone conference on July 7, 2020 at 2:00 p.m. However, Plaintiffs' counsel is currently experiencing a scheduling conflict due to another conference scheduled for the same date at 2:15 p.m., which cannot be adjourned. As such, Plaintiff respectfully requests Your Honor, to adjourn the telephone conference to any of the following dates or time.

    Plaintiffs propose the following dates to adjourn the conference:

- July 7, 2020 any time after 3:00 p.m.;
- July 9, 2020 any time after 2:00 p.m.;
- July 10, 2020 any time after 2:00 p.m.;
- July 13, 2020 any time after 2:00 p.m.;

> The conference is adjourned to 3:30 p.m. on July 7.  SO ORDERED.
> June 29, 2020
>
> _____
> LORETTA A. PRESKA, USDJ

    For the foregoing reasons mentioned above, we respectfully request Your Honor to adjourn the telephone conference currently scheduled for July 7, 2020 at 2:00 p.m. to any of the dates and times proposed above.

    We thank Your Honor for its attention to and consideration of this matter.

                                                Respectfully submitted,

                                               By: <u>/s/ John Troy</u>
                                                    John Troy, *esq.*
                                                  *Attorney for Plaintiffs*

Cc: all counsel of record *Via* ECF
AS/pk