UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

XING YE, HONGYI LIN, LIANG YAN
CHEN, MAOHUI LIN, YONG ZHONG
WANG, & JIA WANG LIN, on behalf
of themselves and others
similarly situated,

        Plaintiffs,

    -against-

2953 BROADWAY INC., CHO KAM
SZE,

        Defendants.

------------------------------------

No. 18-CV-4941(LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The Court is in receipt of Plaintiffs' letter [dkt. no. 86] requesting an order compelling Defense counsel to file and serve a suggestion of death of Cho Kam Sze on all other parties and on the non-party successor or representative of Cho Kam Sze. Defense counsel shall file a response to Plaintiffs' letter by no later than December 28.

**SO ORDERED.**

Dated:   December 18, 2020
        New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA, U.S.D.J.