```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| XING YE, HONGYI LIN, LIANG YAN CHEN, MAOHUI LIN, YONG ZHONG WANG, & JIA WANG LIN, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br> -against-<br><br>2953 BROADWAY INC., CHO KAM SZE,<br><br>    Defendants. | No. 18-CV-4941 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

  The Court is in receipt of the Suggestion of Death of Cho Kam Sze [dkt. no. 88] filed on December 18, 2020. Accordingly, Plaintiffs' letter motion requesting such relief [dkt. no. 86] is **DENIED** as moot. Counsel shall confer and inform the Court by letter no later than January 6, 2021 how they propose to proceed in light of Mr. Cho Kam Sze's passing.

**SO ORDERED.**

Dated: December 21, 2020
    New York, New York

              *Loretta A. Preska*
              LORETTA A. PRESKA, U.S.D.J.