UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------

XING YE, HONGYI LIN, LIANG YAN
CHEN, MAOHUI LIN, YONG ZHONG
WANG, & JIA WANG LIN, on behalf
of themselves and others
similarly situated,

              Plaintiffs,

     -against-

2953 BROADWAY INC., CHO KAM
SZE,

              Defendants.

-------------------------------------

No. 18-CV-4941 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    Counsel shall confer as to the items raised in their

letters, (see dkt. nos. 93 & 94), particularly if the proposed

administrator will waive service or if counsel will accept

service for the administrator, once appointed.

**SO ORDERED.**

Dated:  December 28, 2020
       New York, New York

LORETTA A. PRESKA, U.S.D.J.