UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

XING YE,
JIA WANG LIN,
HONG YI LIN,
LIANG YAN CHEN,
MAO HUI LIN, and
YONG ZHONG WANG,
*on behalf of themselves and others similarly situated,*
                           Plaintiffs,

v.

2953 BROADWAY INC.
    d/b/a Vine Sushi, and
CHO KAM SZE
    a/k/a Tommy Sze,
                           Defendants.
--------------------------------------------------------X

18-cv-4941

Case No. ~~20-cv-11026~~

**PROPOSED ORDER GRANTING SUBSTITUTION OF PARTIES**

LORETTA PRESKA, District Judge:

The Court is in receipt of Plaintiffs' Motion to Substitute EDWIN QIANG XIN SZE, as Administrator of the Estate of CHO KAM SZE a/k/a Tommy Sze. Plaintiffs shall arrange for service on EDWIN QIANG XIN SZE, as Administrator of the Estate of CHO KAM SZE a/k/a Tommy Sze within the next 30 days.

SO ORDERED:

Dated: _10/18/2021_
New York, NY

                                 */s/ Loretta A. Preska*
                                 LORETTA PRESKA
                                 United States District Judge