UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
XING YE,                            :     18-CV-4941 (LAP)
            Plaintiff,              :
                                    :
     -against-                      :     ORDER
                                    :
                                    :
2953 Broadway LLC,                  :
                                    :
            Defendants.             :
                                    :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the parties' letters (dkt. nos. 99 and 100) regarding the list of employees contemplated in its order of June 3, 2929 (dkt. no. 76). Counsel shall confer and update the court by letter no later than October 27 on the status of the list.

SO ORDERED.

Dated:     New York, New York
           October 20, 2021

                              LORETTA A. PRESKA
                              Senior United States District Judge

1