

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XING YE, et al.,

    Plaintiffs,

-against-

2953 BROADWAY LLC, et al.,

    Defendants.

No. 18-CV-4941 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    At the status conference held on November 16, it was agreed that (1) any request for sanctions is held in abeyance pending resolution of the action; (2) to the extent that counsel anticipate trying the case in the first quarter of 2022, they shall notify the Court promptly so the case can get on the trial calendar; (3) all documents shall be produced within 30 days of today's date; (4) Plaintiff shall promptly modify the 30(b)(6) deposition notice previously served; (5) all depositions shall be completed no later than January 30, 2022; and (6) counsel shall confer and inform the Court by letter no later than February 15, 2022 how they propose to proceed.

**SO ORDERED.**

Dated:    November 17, 2021
            New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1