**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
XING YE, *on his own behalf and*
*on behalf of others similarly situated*,

                            Plaintiff,

               -against-

2953 BROADWAY INC. d/b/a VINE
SUSHI, *et al.*,

                      Defendant.
---------------------------------------------------------------X

                                  **ORDER**

                      **18-CV-04941 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

     This matter has been referred for settlement.  Dkt. No. 142.  Should the Parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email by May 31, 2023 at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in June, July, or August.  Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York.  Should the Parties not wish to schedule a settlement conference at this time, they should inform the Court via email by the same deadline.

     Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for all Cases Referred for Settlement.

SO ORDERED.

DATED:     New York, New York
           May 23, 2023

JENNIFER E. WILLIS
United States Magistrate Judge