UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XING YE, et al.,<br><br>                            Plaintiffs,<br><br>        -v.-<br><br>2953 BROADWAY INC. d/b/a VINE SUSHI, et al.,<br><br>                            Defendants. | 18 Civ. 04941 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

       By **August 10, 2023**, the parties shall file a joint letter updating the Court on the status of their settlement efforts in accordance with Court's May 19, 2023 Order.  *See* ECF No. 141.

       SO ORDERED.

Dated: July 31, 2023
        New York, New York

                                                      JENNIFER H. REARDEN
                                                    United States District Judge