UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
XING YE, *et al.*,

                     Plaintiff,

             -against-

2953 BROADWAY INC., *et al.*,

                     Defendant.
-----------------------------------------------------------------X

**ORDER**

**18-cv-4941 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of counsel's email requesting that the settlement conference scheduled for September 14, 2023 be adjourned *sine die*. The request was unopposed. The request is GRANTED, and the settlement conference is ADJOURNED *sine die*. The Parties should follow the same procedures outlined in the Court's prior settlement order at Dkt. No. 143 should they wish to schedule a settlement conference.

SO ORDERED.

DATED:   New York, New York
                September 12, 2023

                                                             *Jennifer E. Willis*
                                                             JENNIFER E. WILLIS
                                                             United States Magistrate Judge