UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XING YE, et al.,<br><br>          Plaintiffs,<br><br>    -v.-<br><br>2953 BROADWAY INC. d/b/a VINE SUSHI, et al.,<br><br>          Defendants. | 18 Civ. 04941 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  On **September 15, 2023** at **11:30 a.m.**, the Court will hold a status conference in this matter. The conference will take place via Microsoft Teams. The parties will receive log-in credentials via email. The public listen-only line may be accessed by dialing 646-453-4442 and entering access code 904 017 900 followed by the pound (#) sign.

  SO ORDERED.

Dated: September 14, 2023
     New York, New York

                          */s/ Jennifer H. Rearden*
                          JENNIFER H. REARDEN
                          United States District Judge