UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XING YE, et al., | |
| Plaintiffs, | |
| -v.- | |
| 2953 BROADWAY INC. d/b/a VINE SUSHI, et al., | |
| Defendants. | |

18 Civ. 04941 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

The Court is troubled by, among other things, Plaintiffs' unilateral and unauthorized decision to "refile[]" their motion for class certification, and the misrepresentations made therein. See ECF Nos. 164-65.  On **December 5, 2023** at **11:30 a.m.**, the parties shall appear for a conference by telephone.  Counsel should dial 646-453-4442 and enter access code 497 554 760 followed by the pound (#) key.

SO ORDERED.

Dated:  November 27, 2023
        New York, New York

_____
JENNIFER H. REARDEN
United States District Judge