UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XING YE, et al., <br><br>　　　　　　　　　　Plaintiffs, <br><br>　　　-v.- <br><br>2953 BROADWAY INC. d/b/a VINE SUSHI, et al., <br><br>　　　　　　　　　　Defendants. | 18 Civ. 04941 (JHR) <br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

　　For the reasons stated on the record at the December 5, 2023 conference, Plaintiffs' unauthorized motion for class certification filed on November 6, 2023 is hereby stricken.

　　The Clerk of Court is directed to strike ECF Nos. 164, 165, and 166.

　　SO ORDERED.

Dated:　December 6, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER H. REARDEN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge