USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

XING YE et al.,

                            Plaintiffs,

            -v.-

2953 BROADWAY INC. d/b/a VINE SUSHI,

                            Defendant.

---

18 Civ. 04941 (JHR) (JW)

ORDER

JENNIFER H. REARDEN, District Judge:

   Before the Court is the Report and Recommendation of Judge Willis (ECF No. 175), recommending that the Court deny the motion for class certification filed by Plaintiffs Xing Ye, Jia Wang Lin, Hongyi Lin, Liang Yan Chen, Maohui Lin, Yong Zhong Wang, Fu Long Xue, Xue Xin Zou, and Yecheng Luo,[1] on behalf of themselves and all others similarly situated (ECF No. 144).  For reasons that will follow, the Report is adopted in its entirety.

   The Clerk of Court is directed to terminate ECF No. 144.

   SO ORDERED.

Dated:  September 30, 2024
        New York, New York

                                _____
                                JENNIFER H. REARDEN
                                United States District Judge

---

[1] Certain Plaintiffs' names are spelled differently in the instant motion than on the docket. *Compare, e.g.*, ECF No. 144 at 1 (identifying one of the Plaintiffs as "Hong Yi Lin"), *with* Dkt. (identifying the same Plaintiff as "Hongyi Lin").  In the case of any such discrepancies, the spelling on the docket controls.