```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
XING YE, on his own behalf and on behalf of others                :
similarly situated, et al.,                                       :     18-CV-4941 (JAV)
                                                                  :
                              Plaintiffs,                         :     ORDER
                                                                  :
              -v-                                                 :
2953 BROADWAY INC. et al.,                                        :
                                                                  :
                              Defendants.                         :
------------------------------------------------------------------X
```

JEANNETTE A. VARGAS, United States District Judge:

      Counsel for all parties shall appear for a final pretrial conference on **May 20, 2025,** at **11:30 a.m.**  The conference will be held in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      The joint pretrial order, containing the information set forth in Rule 8.F of this Court's Individual Rules and Practices in Civil Cases, shall be due **April 21, 2025.**  Any pretrial submissions that Rule 8 of this Court's Individual Rules requires be filed on the same date as the joint pretrial order, including motions in limine, pretrial memoranda of law, and deposition designations, shall also be due on April 21.

      If this case has been settled or otherwise terminated, counsel are not required to submit such a letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket **at least 48 hours prior to the date of the final pretrial conference**, using the appropriate ECF Filing Event.  *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://www.nysd.uscourts.gov/electronic-case-filing.

      In accordance with the Court's Individual Rules and Practices, requests for an extension

or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference. The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent; and (5) the date of the parties' next scheduled appearance before the Court. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

SO ORDERED.

Dated: February 27, 2025
New York, New York

                                                    JEANNETTE A. VARGAS
                                                    United States District Judge