UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
XING YE, on his own behalf and on behalf of others
similarly situated, et al.,

      Plaintiff,     18-CV-04941 (JAV)

  -v-          ORDER

2953 BROADWAY INC. et al.,

      Defendant.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

  Pursuant to Section 8(I) of the Court's Individual Rules and Practices in Civil Cases, the parties who have designated deposition testimony in the joint pretrial order, ECF No. 181, were required to jointly submit the complete deposition transcripts with color-coded highlighting by May 13, 2025. To date, the parties have not filed the deposition designation transcripts as described in Section 8(I). As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **May 29, 2025**.

  Pursuant to Section 8(K) of the Court's Individual Rules and Practices in Civil Cases, each party was also required to file and serve proposed findings of fact and conclusions of law at the time the joint pretrial order was filed on April 21, 2025. To date, the parties have not filed the proposed findings of fact and conclusions of law as described in Section 8(K). As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **May 29, 2025**.

  It is FURTHER ORDERED that the Final Pretrial Conference previously scheduled for May 20, 2025, is adjourned to **June 9, 2025** at **11:30am**. At that conference, the Court expects the parties to be trial ready, and to be in a position to offer dates within 60 days of the conference at which each party's witnesses will be available to testify.

  SO ORDERED.

Dated: May 16, 2025        _____
   New York, New York       JEANNETTE A. VARGAS
               United States District Judge