UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
XING YE,
HONGYI LIN,
LIANG YAN CHEN,
MAOHUI LIN,
YONG ZHONG WANG,
JIA WANG LIN,
FU LONG XUE,
XUE XIN ZOU, and
YECHENG LUO,

                            Plaintiffs,        Index No. 18-cv-04941 (JAV) (JW)

            v.                          **NOTICE OF ACCEPTANCE OF**
                                           **RULE 68 OFFER OF**
2953 BROADWAY INC.                      **JUDGMENT**
    d/b/a Vine Sushi, and
EDWIN QIANG XIN SZE
    Administrator of the Estate of Cho Kam
    Sze a/k/a Tommy Sze,
                            Defendants.
-----------------------------------------------------------------x

       On June 20, 2025, Defendants 2953 BROADWAY INC. d/b/a Vine Sushi and EDWIN QIANG XIN SZE, Administrator of the Estate of Cho Kam Sze a/k/a Tommy Sze (collectively "Defendants") served upon on Plaintiffs XING YE, HONGYI LIN, LIANG YAN CHEN, MAOHUI LIN, YONG ZHONG WANG, JIA WANG LIN, FU LONG XUE, XUE XIN ZOU, and YECHENG LUO (collectively "Plaintiffs") an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure (annexed hereto as **Exhibit A**).

       Now, within fourteen (14) days of service of said offer, Plaintiffs hereby serve notice of their acceptance of said Offer of Judgment and the terms set forth therein, in accordance with Rules 68 and 54 of the Federal Rules of Civil Procedure. Plaintiffs respectfully request that the Clerk enter judgment in accordance with the terms set forth in Defendants' Offer of Judgment.

1

Dated: June 20, 2025
       Flushing, NY

Respectfully Submitted,

/s/ Aaron Schweitzer

Aaron B. Schweitzer, Esq.
TROY LAW PLLC
41-25 Kissena Boulevard
Suite 110
Flushing, NY 11355
T: (718) 762-1324
*Attorneys for Plaintiffs*

2