UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
XING YE,
HONGYI LIN,
LIANG YAN CHEN,
MAOHUI LIN,
YONG ZHONG WANG,
JIA WANG LIN,
FU LONG XUE,
XUE XIN ZOU, and
YECHENG LUO,

Case No. 18-cv-04941 (JAV) (JW)

**JUDGMENT**

Plaintiffs,

v.

2953 BROADWAY INC.
    d/b/a Vine Sushi, and
EDWIN QIANG XIN SZE
    Administrator of the Estate of Cho Kam Sze
    a/k/a Tommy Sze,

Defendants.
------------------------------------------------------------------- x

The Honorable Jeannette A. Vargas, District Judge:

    Whereas pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Defendants 2953 BROADWAY INC. d/b/a Vine Sushi and EDWIN QIANG XIN SZE, Administrator of the Estate of Cho Kam Sze a/k/a Tommy Sze (collectively "Defendants"), having offered to allow judgment be taken against them by consent Plaintiffs XING YE, HONGYI LIN, LIANG YAN CHEN, MAOHUI LIN, YONG ZHONG WANG, JIA WANG LIN, FU LONG XUE, XUE XIN ZOU, and YECHENG LUO, in this action for a sum of **Seven Hundred Fifty Thousand Dollars ($750,000.00)** including all attorneys' fees and costs now accrued; the offer of judgment is made for purposes specified in Rule 68, and is not to be construed as an admission that the offerors are liable in this action or that consent Plaintiffs XING YE, HONGYI LIN, LIANG YAN CHEN, MAOHUI LIN, YONG ZHONG WANG, JIA WANG LIN, FU LONG XUE, XUE XIN ZOU, and YECHENG LUO, through Aaron B. Schweitzer, Troy Law PLLC, on June 20, 2025 having accepted and provided notice that they have accepted Defendants' Offer of Judgment, dated June 20, 2025, and the matter having come before this Court, the Court now render it Order, that the Clerk should enter judgment dismissing the case in accordance with the acceptance of offer of judgment pursuant to Fed. R. Civ. P. 68 and directing the Clerk to close

this case. It is hereby:

**ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the offer and acceptance of judgment pursuant to Rule 6, the Clerk shall enter judgment in the amount of <u>**Seven Hundred Fifty Thousand Dollars ($750,000.00)**</u>, including attorney's fees and costs now accrued; <u>plus post-judgment interest</u> pursuant to 28 U.S.C. 1961; and that <u>if any amounts remain unpaid</u> upon the expiration of 90 days following the issuance of judgment, or ninety days after expiration of the time of appeal and no appeal is then pending, whichever is later, the <u>total amount of judgment shall automatically increase by fifteen percent</u>, as required by NYLL 198(4).

**ORDERED, ADJUDGED, AND DECREED**, should Defendants satisfy their obligation to deliver the Settlement Payment to Plaintiffs' counsel within five (5) business days of the entry of said Judgment, Plaintiffs' counsel agrees to file a Satisfaction of Judgment with the District Court, within five (5) calendar days of Plaintiffs' counsel's receipt of the Settlement Payment.

Dated: June 30, 2025

_/s/ Jeannette Vargas_
Jeannette A. Vargas, U.S.D.J.